GEORGE M. GRZESKOWIAK et al., Respondents, v. MATTHEW LUCAS, Appellant.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.

In the Matter of the Claim of STEPHEN MOSES, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Aulisi, J.